# In the United States Court of Federal Claims

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NATIONAL CREDITORS CONNECTIONS, INC.,**

   **Protestor,**

**v.**

**UNITED STATES,**

   **Defendant.**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**Nos. 16-1646C**
**Filed: December 20, 2016**

## O R D E R

  The court is in receipt of the parties December 20, 2016 joint notice of dismissal, in which the parties agree to "stipulate and agree" to the dismissal of the above-captioned protest, with each party to bear its own fees and costs. The above-captioned protest is, hereby, **DISMISSED**, with prejudice, with each party to bear its own costs and fees. The Clerk's Office shall enter **JUDGMENT** consistent with this Order.

  **IT IS SO ORDERED.**

               s/Marian Blank Horn
               **MARIAN BLANK HORN**
                   **Judge**